UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 3:24-CR-74-KAC-JEM |
| | ) | |
| TREVON MARQUIS ALLEN, | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM AND ORDER**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or recommendation as appropriate. This case is before the Court on Defendant Trevon Allen's Unopposed Motion to Continue Motion Deadline, Plea Deadline, and Trial Date [Doc. 13], filed on September 11, 2024.

Defendant requests that the Court continue the motion deadline, plea deadline, and trial date scheduled for October 29, 2024 [Doc. 13 ¶ 1]. In support of his motion, Defendant states that additional time is needed to review discovery, which includes numerous multimedia items that defense counsel must review in person with Defendant with appropriate technology [*Id.* ¶ 2]. He also contends that additional time is needed to explore resolving the case and review potential sentencing guidelines [*Id.*]. Defendant Allen understands the time between filing this motion and a rescheduled trial date will be fully excludable for speedy trial purposes [*Id.* ¶ 4]. He represents that the Government does not oppose a continuance [*Id.* ¶ 5].

Based upon the information in Defendant's motion and because the Government does oppose the continuance, the Court finds the ends of justice served by granting a continuance outweigh the interests of Defendant and the public in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). In making this determination, the Court has considered the factors set forth in 18 U.S.C.

§ 3161(h)(7)(B). Specifically, the Court concludes that failing to grant a continuance would both result in a miscarriage of justice and deny counsel for Defendant the reasonable time necessary for effective preparation, accounting for the exercise of due diligence. *See id.* § 3161(h)(7)(B)(i)–(iv). Defense counsel needs more time to time to review discovery, negotiate a resolution, and otherwise prepare for trial if negotiations are not fruitful. The Court finds that all of this cannot occur before the October 29, 2024 trial date.

The Court therefore **GRANTS** Unopposed Motion to Continue Motion Deadline, Plea Deadline, and Trial Date [**Doc. 13**]. The trial of this case is reset to **February 4, 2025**. A new, comprehensive trial schedule is included below. Because the Court has found that the ends of justice served by granting a continuance outweigh the interests of Defendant and the public in a speedy trial, all the time between the filing of the motion on September 11, 2024, and the new trial date is fully excludable time under the Speedy Trial Act. *See* 18 U.S.C. § 3161(h)(1)(D), (h)(7)(A)–(B).

Accordingly, it is **ORDERED** as follows:

(1) Defendant Trevon Allen's Unopposed Motion to Continue Motion Deadline, Plea Deadline, and Trial Date [**Doc. 13**] is **GRANTED**;

(2) the trial of this matter is reset to commence on **February 4, 2025, at 9:00 a.m.**, before the Honorable Katherine A. Crytzer, United States District Judge;

(3) all time between the filing of the motion on **September 11, 2024**, and the new trial date of **February 4, 2025**, is fully excludable time under the Speedy Trial Act for the reasons set forth herein;

(4) the deadline for filing pretrial motions is extended to **October 10, 2024**, and responses to motions are due on or before **October 24, 2025**;

(5) the deadline for filing a plea agreement in the record and providing reciprocal discovery is **January 6, 2025**;

2

(6) the deadline for filing motions *in limine* is **January 20, 2025**;

(7) the parties are to appear before the undersigned for a final pretrial conference on **January 21, 2025, at 11:30 a.m.**; and

(8) requests for special jury instructions with appropriate citations to authority pursuant to Local Rule 7.4 shall be filed on or before **January 24, 2025**.

**IT IS SO ORDERED.**

ENTER:

_____
Jill E. McCook
United States Magistrate Judge